IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

BETTY SZEKELY                                                          PLAINTIFF

V.                                   CASE NO.: 5:16-CV-5271

NANCY A. BERRYHILL, Acting Commissioner
Social Security Administration                                         DEFENDANT

## ORDER

Comes on for consideration the Report and Recommendation (Doc. 20) filed in this

case on September 29, 2017, by the Honorable Erin L. Wiedemann, United States

Magistrate Judge for the Western District of Arkansas.

The Court has reviewed this case and, being well and sufficiently advised, finds as

follows: the Report and Recommendation is proper and should be and hereby is

**ADOPTED IN ITS ENTIRETY.** Accordingly, for the reasons stated in the Magistrate

Judge's Report and Recommendation, the decision of the ALJ is **REVERSED** and this

case is **REMANDED** for further administrative action pursuant to sentence four of 42 USC

§ 405(g).

**IT IS SO ORDERED** on this 20th day of October, 2017.

_____
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE